IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                              CASE NO. 1:21-CR-10004

WAYLON C. MORRIS                                                      DEFENDANT

## ORDER OF DETENTION

The Defendant appeared for initial appearance on a petition on supervised release filed in this case on September 30, 2025 (ECF No. 40) and supplemented on October 21, 2025. (ECF No. 43). The Government requested detention at the time of the initial appearance. The Court explained to the Defendant the right to a hearing to consider the issue of detention. Counsel for the Defendant waived the right to a detention hearing on this date, but reserved the right to a detention hearing at a later date. The Court remands the Defendant to the custody of the United States Marshal Service pending a revocation hearing.

IT IS SO ORDERED.

SIGNED this 30th day of OCTOBER, 2025.

HONORABLE SPENCER G. SINGLETON
UNITED STATES MAGISTRATE JUDGE